# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America | : Case No. 1:12-cr-065 |
| | : |
| | : Magistrate Judge Litkovitz |
| v. | : |
| | : **MOTION AND ORDER TO** |
| | : **UNSEAL INDICTMENT AND** |
| Curtis Boggs | : **ALL OTHER PLEADINGS** |

The United States respectfully requests that the Court unseal the Indictment and any other pleadings in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax (513) 684-6385

IT IS **ORDERED** that the Indictment and any other pleadings in the above-numbered case shall now be unsealed.

10/9/12
DATE

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE